RICHARD P. MORGAN *et al.*

*v.*

LOUIS M. ANDRICK.

WRIT OF ERROR to the Superior Court of Chicago.

Messrs. ARRINGTON and DENT, for the plaintiffs in error.

Mr. S. B. GOOKINS, for the defendant in error.

Mr. JUSTICE BREESE: This case being in all respects the same as the preceeding case of *Morgan et al.* v. *Roberts*, the decree is reversed and the cause remanded, with leave, as therein stated.

*Decree reversed.*